# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Alanna Valdez as spouse of Phillip Luster, deceased, and as parent and guardian of the surviving minor children of Phillip Luster, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | ) **ORDER FOR MID-DISCOVERY**<br>) **STATUS CONFERENCE** |
| v. | ) |
| Fanatic's, LLC, Leland Bertsch and Jane Bertsch, individually and as members of Fanatic's, LLC, and Shawn Gramkow, | )<br>)<br>) |
| Defendants. | ) Case No. 1:25-cv-033 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 15, 2026, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 17th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court